# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF MISSISSIPPI
# DELTA DIVISION

**DEBBY GERMAN**                                                                              **PLAINTIFF**

**V.**                       **CIVIL ACTION NO.: 2:08CV96-SA-SAA**

**DANA CORPORATION &**
**DANA LIMITED**                                                   **DEFENDANTS**

## ORDER DISMISSING CASE WITH PREJUDICE

This matter came before the Court upon the parties' Joint Stipulation of Dismissal with prejudice [27]. The Court, having considered the same, finds that the stipulation is well-taken and should be granted.

IT IS, THEREFORE, ORDERED that the case is dismissed in its entirety with prejudice. The parties will bear their own attorneys' fees and costs.

SO ORDERED, this the 23rd day of March, 2009.

                                                      **/s/ Sharion Aycock**
                                                      **UNITED STATES DISTRICT JUDGE**